**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | Case Number 15-46235-399 |
| Ryan T. Burkard | ) | |
| Rebeca Ann Burkard | ) | |
| | ) | Chapter 13 |
| Debtors, | ) | |
| | ) | |
| U.S. Bank Trust, N.A., as Trustee for | ) | **TRANSFER OF CLAIM** |
| LSF9 Master Participation Trust | ) | |
| | ) | |
| Creditor, | ) | |
| | ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Mortgage One Corporation (D/B/A HFC Mortgage Corporation) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Phone: (800) 621-1437
Last Four Digits of Acct #: 7914

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: 800-621-1437
Last Four Digits of Acct #: 7914

Court Claim # (if known): 6-1
Amount of Claim: $141,169.28
Date Claim Filed: 10/05/2015

Phone Number: (866) 824-0824
Last Four Digits of Acct. #: 0059

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated April 21, 2016

        Respectfully Submitted,
        Millsap & Singer, LLC

        */s/ William T. Holmes, II*
        Cynthia M. Woolverton, #47698, #47698MO
        William T. Holmes, II, #59759, #59759MO
        Benjamin C. Struby, #56711, #56711MO
        612 Spirit Drive
        St. Louis, MO  63005
        Telephone:   (636) 537-0110
        Facsimile:    (636) 537-0067
        bkty@msfirm.com

        Attorneys for U.S. Bank Trust, N.A., as Trustee
        for LSF9 Master Participation Trust

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the foregoing document was filed electronically on April 21, 2016, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                                  */s/ William T. Holmes, II*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Sean C. Paul

    John V. LaBarge, Jr.

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Ryan T. Burkard
    Rebeca Ann Burkard
    3429 Henry Drive
    Imperial, MO 63052